UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-244-FDW

| TALVIN LEAK, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on Petitioner's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241. Petitioner filed an identical petition in this Court on February 3, 2015, and on May 14, 2015, this Court denied the petition on the merits. See (Teak v. United States, 3:15cv61 (W.D.N.C.)). Because the Court has already ruled on the petition, this duplicative petition will be dismissed and this action will be terminated.

**IT IS, THEREFORE, ORDERED** that:

(1) The petition for writ of habeas corpus is dismissed as duplicative because Petitioner has already filed an identical petition in this Court, and the Court has already adjudicated the petition.

(2) The Clerk of this Court is respectfully instructed to close this case.

(3) The Court declines to issue a certificate of appealability.

Frank D. Whitney
Chief United States District Judge